# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:07cv70

| | |
|---|---|
| **NORMAN GATEWOOD,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **USA ARMY RESEARCH LAB** ) | |
| **TECHNICAL TRANSFER OFFICE,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER** is before the Court on its own motion. On February 13, 2007, the Honorable Frank D. Whitney, United States District Judge, entered an Order [Doc. 4] denying the plaintiff's Application to Proceed Without Prepayment of Fees and Affidavit [Doc. 2], filed February 9, 2007. Specifically, the Court concluded that the plaintiff's *in forma pauperis* ("IFP") application was incomplete, as he failed to provide the Court with a full report of his financial status.

Accordingly, the Court denied the plaintiff's IFP application and further ordered as follows:

> That within thirty (30) days of the date of this Order, the plaintiff must remit the $350.00 filing fee for this action. In the alternative, the plaintiff may submit an amended IFP Application which explains exactly how he currently is sustaining himself. **Failure either to remit the filing fee or to submit an amended IFP Application within thirty (30) days could result in the summary dismissal of this action.**

[Doc. 4] (emphasis in original).

Since the Court's Order of February 13, 2007, the plaintiff has neither paid the required $350.00 filing fee for this action, nor has the plaintiff submitted an amended IFP Application explaining how he currently sustains himself. Accordingly,

**IT IS, THEREFORE, ORDERED** that this case be **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

Signed: September 24, 2007

Martin Reidinger
United States District Judge