# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Norman Gatewood,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                        3:07-cv-70

USA Army Research Lab Technical
Transfer Office,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 24, 2007 Order.

**Signed: September 27, 2007**

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court